UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SCOTT MICHAEL CONWAY,<br><br>    Plaintiff,<br><br>v.<br><br>J. DIAS, et al.,<br><br>    Defendants. | Case No. 16-cv-00082-RS (RMI)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Scott Michael Conway, CDCR No. BC6413, presently in custody at Pelican Bay State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: July 9, 2019

                                      ROBERT M. ILLMAN
                                      United States Magistrate Judge

TO: Warden, Pelican Bay State Prison

GREETINGS

WE COMMAND that you have and produce the body of Scott Michael Conway, CDCR No. BC6413, in your custody in the hereinabove-mentioned institution, before the United States District Court of the Federal Courthouse at 3140 Boeing Avenue in McKinleyville at 10:00 a.m. on August 8, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Conway v. Dias* and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of

the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 9, 2019

SUSAN Y. SOONG, CLERK,
UNITED STATES DISTRICT COURT
By: Joshua S. Brown
Administrative Law Clerk

Dated: July 9, 2019

ROBERT M. ILLMAN
United States Magistrate Judge