UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAEL CONWAY,<br>   Plaintiff,<br>  v.<br>J. DIAS, et al.,<br>   Defendants. | Case No. 16-cv-00082-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 68.) The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

**Dated:** September 24, 2019

_____
RICHARD SEEBORG
United States District Judge